TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00698-CV






In re Nathaniel Freeman







ORIGINAL PROCEEDING FROM FAYETTE COUNTY







PER CURIAM


 Relator Nathaniel Freeman filed an unsworn Emergency Mandamus, pro se, on December
14, 2001. Relator seeks an order from this Court enjoining any proceedings to evict him from certain
real property. After reviewing the Emergency Mandamus and all documents attached thereto, this
Court is of the opinion that relief should be denied.


Before Justices Kidd, Yeakel and Patterson

Filed: December 20, 2001

Do Not Publish